**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Ebony T. Johnson                              CHAPTER 13
                 Debtor(s)
                                                     BKY. NO. 17-18511 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of M&T Bank as Servicer for Lakeview Loan Servicing, LLC and index same on the master mailing list.

                          Respectfully submitted,

                          **/s/ Matteo S. Weiner, Esquire**
                          Matteo S. Weiner, Esquire
                          KML Law Group, P.C.
                          701 Market Street, Suite 5000
                          Philadelphia, PA 19106-1532
                          (215) 627-1322 FAX (215) 627-7734