# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | CASE NO. : 17-18511-ELF |
| ) | |
| EBONY T JOHNSON, Debtor and ) | |
| MAURICE RENTIE, Codebtor ) | |
| ) | CHAPTER 13 |
| _____ ) | |
| CAPITAL ONE AUTO FINANCE, ) | |
| A DIVISION OF CAPITAL ONE N.A. ) | **HEARING DATE:** |
| Movant ) | Tuesday, June 5, 2018 |
| vs. ) | 9:30 a.m. |
| ) | |
| EBONY T JOHNSON, Debtor and ) | **LOCATION:** |
| MAURICE RENTIE, Codebtor ) | U.S. Bankruptcy Court |
| Respondents ) | Robert N.C. Nix Federal Courthouse |
| and ) | Courtroom #1 |
| WILLIAM C. MILLER, ) | 900 Market Street |
| Trustee ) | Philadelphia, PA 19107 |

## ORDER

AND NOW, this **6th day of June**, **2018**, based upon the Motion submitted it is hereby **ORDERED** the Motion and relief from the automatic stay are **GRANTED** as set forth below.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2010 BUICK Lacrosse Sedan 4D CXL AWD, V.I.N. 1G4GD5EG4AF226610) and is hereby permitted to levy and sell the vehicle at issue and to pursue its *in rem* remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

Eric L. Frank
U.S. BANKRUPTCY JUDGE

Please send copies to:

Ebony T Johnson
2717 Moore Street
Philadelphia, PA 19145

Maurice Rentie
2717 Moore Street
Philadelphia, PA 19145

David M. Offen, Esquire
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107