United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-18511-elf
Ebony T Johnson                                                           Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD        Page 1 of 1        Date Rcvd: Jun 06, 2018
                      Form ID: pdf900   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 08, 2018.
db              +Ebony T Johnson,    2717 Moore Street,    Philadelphia, PA 19145-1713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 6, 2018 at the address(es) listed below:
      DAVID M. OFFEN    on behalf of Debtor Ebony T Johnson dmo160west@gmail.com, davidoffenecf@gmail.com
      JASON BRETT SCHWARTZ    on behalf of Creditor   Capital One Auto Finance jschwartz@mesterschwartz.com, jottinger@mesterschwartz.com
      KEVIN G. MCDONALD    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
      REGINA  COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com, ksweeney@lavin-law.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                     TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. : 17-18511-ELF |
| | ) | |
| EBONY T JOHNSON, Debtor and | ) | |
| MAURICE RENTIE, Codebtor | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| CAPITAL ONE AUTO FINANCE, | ) | |
| A DIVISION OF CAPITAL ONE N.A. | ) | **HEARING DATE:** |
|              Movant | ) | Tuesday, June 5, 2018 |
| vs. | ) | 9:30 a.m. |
| | ) | |
| EBONY T JOHNSON, Debtor and | ) | **LOCATION:** |
| MAURICE RENTIE, Codebtor | ) | U.S. Bankruptcy Court |
|              Respondents | ) | Robert N.C. Nix Federal Courthouse |
| and | ) | Courtroom #1 |
| WILLIAM C. MILLER, | ) | 900 Market Street |
|              Trustee | ) | Philadelphia, PA 19107 |

**ORDER**

AND NOW, this **6th day of June**, **2018**, based upon the Motion submitted it is hereby **ORDERED** the Motion and relief from the automatic stay are **GRANTED** as set forth below.

Movant shall be and is hereby permitted to proceed and continue with an action in vehicle possession (2010 BUICK Lacrosse Sedan 4D CXL AWD, V.I.N. 1G4GD5EG4AF226610) and is hereby permitted to levy and sell the vehicle at issue and to pursue its *in rem* remedies under state law in connection with the loan documents.

It is further Ordered that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

_____
Eric L. Frank
U.S. BANKRUPTCY JUDGE

Please send copies to:

Ebony T Johnson
2717 Moore Street
Philadelphia, PA 19145

Maurice Rentie
2717 Moore Street
Philadelphia, PA 19145

David M. Offen, Esquire
The Curtis Center
601 Walnut Street, Suite 160 West
Philadelphia, PA 19106

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Office of the U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1333 Race Street
Philadelphia, PA 19107