IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :    Chapter 13

Ebony T. Johnson                           17-18511-ELF
       Debtor                         :

CERTIFICATE OF SERVICE of SECOND AMENDED PLAN

I, David M. Offen, Esquire, Attorney for the above-named Debtor(s) hereby certify that a copy of the Debtor's Second Amended Chapter 13 Plan has been served on all priority and secured creditors.

The following creditors have been served by electronic mail:
Regina Cohen on behalf of Ally Financial, Inc.
Rcohn@lavin-law.com

Kevin G. McDonald and Matteo S. Weiner on behalf of Lakeview Loan Servicing, LLC.
Bkgroup@kmllawgroup.com

Jason Brett Schwartz on behalf of Capital One Auto Finance
jschwartz@mesterschwartz.com


The following creditors have been served by First Class mail:

City of Philadelphia
Law Department Tax Unit
Bankruptcy Group, MSB
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595

AIS Portfolio Services, LP
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541


Date: July 27, 2018                   /s/ David M. Offen
                                      David M. Offen
                                      Attorney for Debtor(s)