## IN THE UNITED STATE BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re    Ebony T. Johnson                ) Chapter 13
        Debtor                          )
                                         ) No. 17-18511-ELF
                                         )
                                         )

### CERTIFICATION OF NO RESPONSE

    I hereby certify that I have received no answer, objection, or other responsive pleading to the Application for Compensation and respectfully request that the Order attached to the Motion be approved.

                                        /s/David M. Offen
                                        David M. Offen
                                        Attorney for Debtor

Date: 09/28/18