United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 17-18511-elf
Ebony T Johnson                                                                 Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: YvetteWD          Page 1 of 1            Date Rcvd: Oct 02, 2018
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2018.
db             +Ebony T Johnson,    2717 Moore Street,    Philadelphia, PA 19145-1713

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2018 at the address(es) listed below:
      DAVID M. OFFEN    on behalf of Debtor Ebony T Johnson dmo160west@gmail.com,
       davidoffenecf@gmail.com
      JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
       jschwartz@mesterschwartz.com,    jottinger@mesterschwartz.com
      KEVIN G. MCDONALD    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
      MATTEO SAMUEL WEINER    on behalf of Creditor    LakeView Loan Servicing, LLC
       bkgroup@kmllawgroup.com
      REGINA  COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
       ksweeney@lavin-law.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                     TOTAL: 7

IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:   Ebony T. Johnson           )   Chapter 13
         Debtor                      )
                                     )   17-18511-ELF
                                     )
                                     )

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection it is hereby ORDERED that:

Counsel fee in the amount of $4,000.00 is allowed and the balance in the amount of $3,974.00 shall be paid by the Chapter 13 Trustee to the extent consistent with the terms of the confirmed plan.

10/1/18
DATED:

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE