United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                               Case No. 17-18511-elf
Ebony T Johnson                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: YvetteWD            Page 1 of 2            Date Rcvd: Feb 27, 2019
                              Form ID: pdf900           Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2019.
db             +Ebony T Johnson,    2717 Moore Street,    Philadelphia, PA 19145-1713
14030474       +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14030479       +KML Law Group, P.C.,    701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14030480       +Lakeview Loan Servicing, LLC,    4425 Ponce Deleon Blvd.,    Mail Stop MS5/251,
                 Coral Gables, FL 33146-1837
14030482       +Maurice Rentie,    5647 Cedar Avenue,    Philadelphia, PA 19143-1919
14030485       +PGW,    Credit and Collections Department,    800 W. Montgomery Avenue, 3rd Floor,
                 Philadelphia, PA 19122-2806
14049931        U.S. Department of Education,    c/o FedLoan Servicing,    P.O. Box 69184,
                 Harrisburg, PA 17106-9184

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Feb 28 2019 02:39:58      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 28 2019 02:39:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 28 2019 02:39:46      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 28 2019 02:43:57
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
cr             +E-mail/PDF: gecsedi@recoverycorp.com Feb 28 2019 02:44:32      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14030471       +E-mail/Text: ally@ebn.phinsolutions.com Feb 28 2019 02:39:05      Ally Financial,
                 Attn: Bankruptcy,    Po Box 380901,    Bloomington, MN 55438-0901
14037817        E-mail/Text: ally@ebn.phinsolutions.com Feb 28 2019 02:39:05      Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
14030473        E-mail/Text: megan.harper@phila.gov Feb 28 2019 02:39:58      City of Philadelphia,
                 1515 Arch Street, 15th Floor,    Philadelphia, PA 19102
14111628        E-mail/Text: megan.harper@phila.gov Feb 28 2019 02:39:58      City of Philadelphia,
                 Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                 Philadelphia, PA  19102-1595
14030472       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Feb 28 2019 02:43:57
                 Capital One Auto Finance,    Attn: General Correspondence/Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
14032154       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 28 2019 02:43:57
                 Capital One Auto Finance, a division of Capital On,    AIS Portfolio Services, LP,
                 4515 N Santa Fe Ave. Dept. APS,    Oklahoma City, OK 73118-7901
14038960       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Feb 28 2019 02:45:15
                 Capital One Auto Finance, c/o AIS Portfolio Servic,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
14062493        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 28 2019 02:44:03
                 LVNV Funding, LLC its successors and assigns as,    assignee of CVF Consumer Acquisition,
                 Company,   Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14058854        E-mail/Text: camanagement@mtb.com Feb 28 2019 02:39:13      Lakeview Loan Servicing, LLC,
                 c/o M&T Bank,    P.O. Box 1288,    Buffalo, NY 14240-1288
14030481        E-mail/Text: camanagement@mtb.com Feb 28 2019 02:39:13      M & T Bank,    Po Box 844,
                 Buffalo, NY 14240
14030483       +E-mail/PDF: pa_dc_claims@navient.com Feb 28 2019 02:44:34      Navient/glelsi,
                 Attn: Claims Dept,    Po Box 9500,    Wilkes-Barr, PA 18773-9500
14030486        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2019 02:45:14
                 Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14032759        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2019 03:07:08
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14030675       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 28 2019 02:45:15
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14030484       +E-mail/Text: bankruptcygroup@peco-energy.com Feb 28 2019 02:39:13      Peco Energy,
                 2301 Market Street,    Philadelphia, PA 19103-1380
14030488       +E-mail/Text: bankruptcy@sw-credit.com Feb 28 2019 02:39:34      Southwest Credit Systems,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
14030489        E-mail/Text: megan.harper@phila.gov Feb 28 2019 02:39:58      Water Revenue Bureau,
                 1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                              TOTAL: 22

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Ally Financial Inc.,    P.O. Box 130424,    Roseville, MN 55113-0004
14030475*      +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14030476*      +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14030477*      +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14030478*      +FedLoan Servicing,    Attention: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
14030487*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery,     Po Box 41067,    Norfolk, VA 23541)

```
District/off: 0313-2          User: YvetteWD            Page 2 of 2           Date Rcvd: Feb 27, 2019
                              Form ID: pdf900           Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****
TOTALS: 0, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2019 at the address(es) listed below:
              DAVID M. OFFEN    on behalf of Debtor Ebony T Johnson dmo160west@gmail.com,
               davidoffenecf@gmail.com;offendr83598@notify.bestcase.com
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance
               jschwartz@mesterschwartz.com,   jottinger@mesterschwartz.com
              KEVIN G. MCDONALD    on behalf of Creditor    LakeView Loan Servicing, LLC bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    LakeView Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              REGINA   COHEN    on behalf of Creditor    Ally Financial Inc. rcohen@lavin-law.com,
               ksweeney@lavin-law.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 7

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EBONY T JOHNSON                           Chapter 13

                        Debtor            Bankruptcy No. 17-18511-ELF

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

**AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

**Date: February 27, 2019**                 _____
                                            Eric L. Frank
                                            Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
DAVID OFFEN ESQUIRE
601 WALNUT ST., SUITE 160 WEST

PHILADELPHIA, PA 19106-


Debtor:
EBONY T JOHNSON

2717 MOORE STREET

PHILADELPHIA, PA 19145